UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80032-Middlebrooks/Matthewman

21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

ROBERT EARL GREEN,

Defendant.
_____/

FILED BY SW D.C.
MAR 06 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about January 21, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT EARL GREEN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved 50 grams or more of a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

### COUNT 2

On or about February 25, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT EARL GREEN,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii). It is further alleged that the said controlled substance was possessed in the vicinity of 6030 SW 18th Steet, Boca Raton, Florida.

### COUNT 3

On or about February 25, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT EARL GREEN,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii). It is further alleged that the said controlled substance was possessed in the vicinity of 23055 Post Gardens Way, Boca Raton, Florida.

### COUNT 4

On or about February 25, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT EARL GREEN,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved a mixture and substance containing a

detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(C). It is further alleged that the said controlled substance was possessed in the vicinity of 20599 81st Avenue South, Boca Raton, Florida.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ROBERT EARL GREEN,** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1), as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-80032-Middlebrooks/Matthewman

v.

ROBERT EARL GREEN

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☒ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take  3  days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                     (Check only one)
   I    ☒ 0 to 5 days                   ☐ Petty
   II   ☐ 6 to 10 days                  ☐ Minor
   III  ☐ 11 to 20 days                 ☐ Misdemeanor
   IV   ☐ 21 to 60 days                 ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Bruce E. Reinhart     Magistrate Case No. 25-mj-8109-BER
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of February 25, 2025
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Brian D. Ralston
Assistant United States Attorney
SDFL Court ID No.    A5502727

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Robert Earl Green

**Case No**: 25-CR-80032-Middlebrooks/Matthewman

Counts: 1, 2
Distribution and Possession with Intent to Distribute a Controlled Substance (methamphetamine)

21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)

* **Max. Term of Imprisonment**: Life
* **Mandatory Min. Term of Imprisonment (if applicable)**: 10 years
* **Max. Supervised Release**: 5 years to life
* **Max. Fine**: $10,000,000
* **Special Assessment**: $100

Counts: 3
Distribution and Possession with Intent to Distribute a Controlled Substance (methamphetamine)

21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)

* **Max. Term of Imprisonment**: 40 years
* **Mandatory Min. Term of Imprisonment (if applicable)**: 5 years
* **Max. Supervised Release**: 4 years to life
* **Max. Fine**: $5,000,000
* **Special Assessment**: $100

Count: 4
Possession with Intent to Distribute a Controlled Substance (methamphetamine)

21 U.S.C. §§ 841(a)(1), (b)(1)(C)

* **Max. Term of Imprisonment**: 20 years
* **Mandatory Min. Term of Imprisonment (if applicable)**:
* **Max. Supervised Release**: 3 years to life
* **Max. Fine**: $1,000,000
* **Special Assessment**: $100

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.